UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| BRUCE DUNN,<br>    *Plaintiff* | CIVIL ACTION<br>NUMBER: 11-495-JJB-DLD |
| VERSUS | JUDGE: JAMES J. BRADY |
| LOUISIANA DEPARTMENT OF PUBLIC<br>SAFETY & CORRECTIONS, *et al*<br>    *Defendants* | MAGISTRATE<br>JUDGE: DOCIA L. DALBY |

## ANSWER

**NOW INTO COURT**, though under signed counsel, come defendants herein, **THE STATE OF LOUISIANA** through **THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**, (hereinafter referred to as **"LDPS"**), and **JAMES M. LEBLANC, SECRETARY OF THE DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS**, (hereinafter referred to as **"LEBLANC"**), and who respectfully submit the following **ANSWER** to the **FIRST AMENDED COMPLAINT** of the plaintiff herein, **BRUCE DUNN**, (hereinafter referred to as **"DUNN"**), to wit:

**1.**

The allegations contained in **PARAGRAPH "1"** of the **FIRST AMENDED COMPLAINT, LDPS** & **LEBLANC**, (hereinafter referred to collectively as the

"**DEFENDANTS**"), are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

## 2.

The allegations contained in **PARAGRAPH "2"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

## 3.

The allegations contained in **PARAGRAPH "3"** of the **FIRST AMENDED COMPLAINT**, to the extent that they pertain to the status of LeBlanc as Secretary of LDPS, are herein admitted. The remaining allegations contained in **PARAGRAPH "3"** of the **FIRST AMENDED COMPLAINT**, are denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

## 4.

The allegations contained in **PARAGRAPH "4"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

## 5.

The allegations contained in **PARAGRAPH "5"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on behalf of the **DEFENDANTS**.

However, out of an abundance of caution, to the extent that such a response on **DEFENDANTS'** behalf should hereinafter be deemed necessary, said allegations are ADMITTED.

**6.**

The allegations contained in **PARAGRAPH "6"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on behalf of the **DEFENDANTS**; however, out of an abundance of caution, to the extent that such a response on **DEFENDANTS'** behalf should hereinafter be deemed necessary, said allegations ADMITTED.

**7.**

The allegations contained in **PARAGRAPH "7"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**8.**

The allegations contained in **PARAGRAPH "8"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**9.**

The allegations contained in **PARAGRAPH "9"** of the **FIRST AMENDED COMPLAINT,** to the extent that such allegations regard the fact that the Office of Motor Vehicles is contained within the LDPS, are Admitted. All remaining allegations contained in **PARAGRAPH "9"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**10.**

The allegations contained in **PARAGRAPH "10"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**11.**

The allegations contained in **PARAGRAPH "11"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on the **DEFENDANTS** behalf. However, out of an abundance of caution, to the extent that such a response should hereinafter be deemed necessary, said allegations **ADMITTED**.

**12.**

The allegations contained in **PARAGRAPH "12"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on the **DEFENDANTS** behalf.

However, out of an abundance of caution, to the extent that such a response should hereinafter be deemed necessary, said allegations **ADMITTED**.

**13.**

The allegations contained in **PARAGRAPH "13"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on the **DEFENDANTS** behalf. However, out of an abundance of caution, to the extent that such a response should hereinafter be deemed necessary, said allegations **ADMITTED**.

**14.**

The allegations contained in **PARAGRAPH "14"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on the **DEFENDANTS** behalf. However, out of an abundance of caution, to the extent that such a response should hereinafter be deemed necessary, said allegations **ADMITTED**.

**15.**

The allegations contained in **PARAGRAPH "15"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on the **DEFENDANTS** behalf. However, out of an abundance of caution, to the extent that such a response should hereinafter be deemed necessary, said allegations **ADMITTED**.

**16.**

The allegations contained in **PARAGRAPH "16"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on the **DEFENDANTS** behalf. However, out of an abundance of caution, to the extent that such a response should hereinafter be deemed necessary, said allegations **ADMITTED**.

**17.**

The allegations contained in **PARAGRAPH "17"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on the **DEFENDANTS** behalf. However, out of an abundance of caution, to the extent that such a response should hereinafter be deemed necessary, said allegations **ADMITTED**.

**18.**

The allegations contained in **PARAGRAPH "18"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on the **DEFENDANTS** behalf. However, out of an abundance of caution, to the extent that such a response should hereinafter be deemed necessary, said allegations **ADMITTED**.

**19.**

The allegations contained in **PARAGRAPH "19"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on the **DEFENDANTS** behalf.

However, out of an abundance of caution, to the extent that such a response should hereinafter be deemed necessary, said allegations **ADMITTED**.

**20.**

The allegations contained in **PARAGRAPH "20"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on the **DEFENDANTS** behalf. However, out of an abundance of caution, to the extent that such a response should hereinafter be deemed necessary, said allegations **ADMITTED**.

**21.**

The allegations contained in **PARAGRAPH "21"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**22.**

The allegations contained in **PARAGRAPH "22"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**23.**

The allegations contained in **PARAGRAPH "23"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**24.**

The allegations contained in **PARAGRAPH "24"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**25.**

The allegations contained in **PARAGRAPH "25"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**26.**

The allegations contained in **PARAGRAPH "26"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**27.**

The allegations contained in **PARAGRAPH "27"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**28.**

The allegations contained in **PARAGRAPH "28"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**29.**

The allegations contained in **PARAGRAPH "29"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**30.**

The allegations contained in **PARAGRAPH "30"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**31.**

The allegations contained in **PARAGRAPH "31"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**32.**

The allegations contained in **PARAGRAPH "32"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**33.**

The allegations contained in **PARAGRAPH "33"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**34.**

The allegations contained in **PARAGRAPH "34"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**35.**

The allegations contained in **PARAGRAPH "35"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**36.**

The allegations contained in **PARAGRAPH "36"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**37.**

The allegations contained in **PARAGRAPH "37"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**38.**

The allegations contained in **PARAGRAPH "38"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**39.**

The allegations contained in **PARAGRAPH "39"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**40.**

The allegations contained in **PARAGRAPH "40"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**41.**

The allegations contained in **PARAGRAPH "41"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on behalf of the **DEFENDANTS**; however, out of an abundance of caution, to the extent that such a response on **DEFENDANTS'** behalf should hereinafter be deemed necessary, said allegations are denied for lack of sufficient information to otherwise justify a belief as to the truth contained therein.

**42.**

The allegations contained in **PARAGRAPH "42"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on behalf of the **DEFENDANTS**; however, out of an abundance of caution, to the extent that such a response on **DEFENDANTS'** behalf should hereinafter be deemed necessary, said allegations are ADMITTED.

**43.**

The allegations contained in **PARAGRAPH "43"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**44.**

The allegations contained in **PARAGRAPH "44"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**45.**

The allegations contained in **PARAGRAPH "45"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**46.**

The allegations contained in **PARAGRAPH "46"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**47.**

The allegations contained in **PARAGRAPH "47"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**48.**

The allegations contained in **PARAGRAPH "48"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**49.**

The allegations contained in **PARAGRAPH "49"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**50.**

The allegations contained in **PARAGRAPH "50"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**51.**

The allegations contained in **PARAGRAPH "51"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on behalf of the **DEFENDANTS**; however, out of an abundance of caution, to the extent that such a response on **DEFENDANTS'** behalf should hereinafter be deemed necessary, said allegations are herein specifically DENIED.

**52.**

The allegations contained in **PARAGRAPH "52"** of the **FIRST AMENDED COMPLAINT** are denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**53.**

The allegations contained in **PARAGRAPH "53"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on behalf of the **DEFENDANTS**. however, out of an abundance of caution, to the extent that such a response on **DEFENDANTS'** behalf should hereinafter be deemed necessary, said allegations are

**54.**

The allegations contained in **PARAGRAPH "54"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**55.**

The allegations contained in **PARAGRAPH "55"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**56.**

The allegations contained in **PARAGRAPH "56"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**57.**

The allegations contained in **PARAGRAPH "57"** of the **FIRST AMENDED COMPLAINT** are herein denied for lack of sufficient information to otherwise justify a belief in the truth contained therein.

**58.**

The allegations contained in **PARAGRAPH "58"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**59.**

The allegations contained in **PARAGRAPH "59"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**60.**

The allegations contained in **PARAGRAPH "60"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**61.**

The allegations contained in **PARAGRAPH "61"** of the **FIRST AMENDED COMPLAINT** are herein specifically DENIED.

**62.**

The allegations contained in **PARAGRAPH "62"** of the **FIRST AMENDED COMPLAINT** do not appear to require a response on behalf of the **DEFENDANTS**; however, out of an abundance of caution, to the extent that such a response on **DEFENDANTS'** behalf should hereinafter be deemed necessary, said allegations are herein specifically DENIED.


**AND NOW**, in further response to the **FIRST AMENDED COMPLAINT,** defendants herein, **THE STATE OF LOUISIANA** through **THE LOUISIANA**

DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS and JAMES M. LEBLANC, SECRETARY OF THE DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, raise the following AFFIRMATIVE DEFENSES, additional assertions, and avers as follows:

## 63.

### FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief may be granted.

## 64.

### SECOND DEFENSE

Plaintiff has failed to establish a claim of disability discrimination.

## 65.

### THIRD DEFENSE

Plaintiff's claims are barred by the doctrine of estoppel.

## 66.

### FOURTH DEFENSE

Plaintiff was physically unable to perform essential functions necessary for the job at issue herein.

## 67.

### FIFTH DEFENSE

Plaintiff is not an otherwise "qualified" individual with a disability.

**68.**

**SIXTH DEFENSE**

Defendants further raise the defense of "undue hardship" in response to the Plaintiff's claims as set forth in the Complaint.

**69.**

**SEVENTH DEFENSE**

Defendants further contend that the Plaintiff would pose a direct threat to the health and/or safety of others if allowed to perform the job desired by him and at issue herein.

**70.**

**DEFENDANTS** reserve the right to assert any and all applicable affirmative defenses as may be divulged or otherwise become apparent through future discovery.

**71.**

**DEFENDANTS** reserve the right to supplement and/or amend these pleadings as necessary.

**72.**

**JURY DEMAND**

Defendants herein, **THE STATE OF LOUISIANA** through **THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS** and **JAMES M. LEBLANC,**

SECRETARY OF THE DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, pray for Trial by Jury in this matter.

WHEREFORE, defendants herein, THE STATE OF LOUISIANA through THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS and JAMES M. LEBLANC, SECRETARY OF THE DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS, respectfully pray for the following:

1) That Defendants' Answer be deemed good and sufficient;

2) That, after due proceedings be had, there be judgment in Defendants' favor, and against the Plaintiff herein, Bruce Dunn, dismissing each of his claims with prejudice and at the sole cost of the Plaintiff; and

3) For such other and further relief as is just and equitable.


Respectfully submitted,

THE HENRY FIRM, LLC


By: _____/s/ Patrick E. Henry_____
          PATRICK E. HENRY (#21695)
          BRADLEY G. WOOD (#34162)
          3888 SO. SHERWOOD FOREST BLVD.
          III CELTIC CENTRE – SUITE J
          BATON ROUGE, LA 70816
          TELEPHONE: (225) 910-8692
          FACSIMILE:  (225) 291-9937

          *Attorneys for the La. Dept. of Public Safety & Corrections*

# CERTIFICATE OF SERVICE

I hereby certify that on December ___28__, 2011, the foregoing Answer was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

_____/s/ Patrick E. Henry_____

**PATRICK E. HENRY**
